FILED: January 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2160
(4:11-cv-00043-MFU-RSB)

_____

BARBARA HUDSON

      Plaintiff - Appellee

v.

PITTSYLVANIA COUNTY, VIRGINIA; BOARD OF SUPERVISORS OF PITTSYLVANIA COUNTY, VIRGINIA

      Defendants - Appellants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Response brief due: 02/11/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk